## CITY OF ATLANTA vs. WILSON.

[Two justices presiding.]

1. A case was brought in the superior court, dismissed and re-brought in the city court of Atlanta; when called, a motion was made to dismiss because the costs in the superior court had not been paid; the jury found that they had been paid; a motion was made for a new trial, which was granted unless the plaintiff would pay a certain sum of additional costs which the judge found to be due in the superior court; this was done; exception was taken thereto:

*Held*, that the object of the law is to have the costs paid; they have been paid, and under the facts of the case a new trial is unnecessary on this ground.

2. This case has been before this court three times; the law of the case was settled by the decisions then announced; the charge of the court submitted the same to the jury fairly and fully, and a new trial is not required. 59 *Ga.*, 544; 60 *Ib.*, 474; 63 *Ib.*, 291.

(a.) In illustrations by the court in his charge, allusions to what counsel has said, especially in a concluding argument, is bad practice, and has a tendency to indorse the concluding speech.

Under the facts of this case, however, and taking the entire charge together, a new trial is not necessary.

3. The verdict has settled the questions of fact, the damages were not excessive, and nothing said by the court injured the defendant. Judgment affiimed.

August 27, 1883.

## Jackson, Chief Justice.

[To the report contained in the head-notes, it is only necessary to add that this case has been before the court three times before. See 59 *Ga.*, 594; 60 *Ib.*, 474; 63 *Ib.*, 291; where it will be found reported. In connection with head-note 2 (a), it may be stated that the court, in charging as to what barriers might be necessary to protect passers from injury resulting from an embankment in a street, referred to the barriers described by counsel for plaintiff in the concluding argument.]